IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLVIN McCRIGHT,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>WARDEN OF PELICAN BAY STATE PRISON<br><br>　　　　Respondent. | No. C 11-4715 JW (PR)<br><br>ORDER DENYING PETITIONER'S REQUEST FOR AN ORDER TO SHOW CAUSE AND A TEMPORARY RESTRAINING ORDER<br><br>(Docket No. 8) |

Petitioner, a state prisoner currently incarcerated at Pelican Bay State Prison ("PBSP") in Crescent City, California, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254. His habeas petition alleges that the California Department of Corrections and Rehabilitation failed to grant him good-behavior credits, and that the California Board of Prison Terms failed to properly recompute and revise the terms of his sentence to comply with the Determinate Sentencing Law. The court found that these claims, liberally construed, were sufficient to merit an answer from Respondent. Doc. #7. See also Young v. Kenny, 907 F.2d 874, 877-78 (9th Cir. 1990) (petition for writ of habeas corpus is sole federal remedy for deprivation of good-time credits where relief sought is a reduction in the duration of confinement).

Petitioner now seeks an order to show cause and a temporary restraining order to prevent his being transferred away from PBSP until this case is concluded. Doc. #8 at 3. He alleges that the transfer is intended to prevent him from effectively litigating his case by separating him from his legal documents and preventing him from receiving legal mail. Petitioner's request is DENIED as speculative. Doc. #8. If petitioner finds that the transfer prevents him from responding to court deadlines, he has the option of seeking an extension of time from the court.

IT IS SO ORDERED.

DATED: March 1, 2012

JAMES WARE
United States District Chief Judge

N:\JUDGES\JW\prose orders\McCright-11-4715-deny-osc-tro.frm